IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  2:07-cr-00052 |
| | ) | |
| -vs- | ) | RELEASE OF POST INDICTMENT |
| | ) | RESTRAINING ORDER |
| MICHAEL BRENT BYRD and | ) | |
| B&B MASONRY, | ) | |
| | ) | |
| Defendants. | ) | |

On June 8, 2007, this Court entered an order restraining all Bank of America

accounts in the names of Michael Brent Byrd and/or B&B Masonry.  The Court's order

was made pursuant to 18 U.S.C. § 982(b)(1), which incorporates 21 U.S.C.

§ 853(e)(1)(A), for the purpose of preserving the availability of property subject to

forfeiture.

Based upon the motion from the United States, it now appears to the Court that the

parties have made an agreement for the purpose of preserving forfeitable property, which

makes the Court's restraining order no longer necessary.

Accordingly, the Court orders that effective immediately, and until further order of

the Court, the Bank of America shall release all funds and accounts (including all

safety deposit boxes), including but not limited to Bank of America account number

xxxxxxxx3688 from the prior restraining order.

Dated this 22nd day of June 2007.

/s/ Alice R. Senechal
Alice R. Senechal, Magistrate Judge
United States District Court